**Fill in this information to identify the case:**

Debtor 1 ___Russell M Nesbit___

Debtor 2 _____
(Spouse, if filing)

United States Bankruptcy Court for the: __NORTHERN__   District of __ILLINOIS__
(State)

Case number __19-31715__

# Official Form 410S2
# Notice of Postpetition Mortgage Fees, Expenses, and Charges 12/16

---

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any fees, expenses, and charges incurred after the bankruptcy filing that you assert are recoverable against the debtor or against the debtor's principal residence.

File this form as a supplement to your proof of claim. See Bankruptcy Rule 3002.1.

**Name of creditor:** Towne Mortgage Company              **Court claim no. (if known):** 8

**Last four digits** of any number you use to identify the debtor's account:  XX6067

**Does this notice supplement a prior notice of postpetition fees, expenses, and charges?**
☐ No
☒ Yes. Date of the last notice:  April 15, 2021

### Part 1:   Itemize Postpetition Fees, Expenses, and Charges

Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed. Do not include any escrow account disbursements or any amounts previously itemized in a notice filed in this case or ruled on by the bankruptcy court.

| Description | Dates incurred | | Amount |
|---|---|---|---|
| 1. Late charges | | (1) | $ 0.00 |
| 2. Non-sufficient funds (NSF) fees | | (2) | $ 0.00 |
| 3. Attorney fees | | (3) | $ 0.00 |
| 4. Filing fees and court costs | | (4) | $ 0.00 |
| 5. Bankruptcy/Proof of claim fees | | (5) | $ 0.00 |
| 6. Appraisal/Broker's price opinion fees | | (6) | $ 0.00 |
| 7. Property inspection fees | 6/9/2021, 7/8/2021, 8/5/2021, 9/9/2021 | (7) | $ 80.00 |
| 8. Tax advances (non-escrow) | | (8) | $ 0.00 |
| 9. Insurance advances (non-escrow) | | (9) | $ 0.00 |
| 10. Property preservation expenses. Specify: _____ | | (10) | $ 0.00 |
| 11. Other. Specify: Renewal Registration | 8/23/2021 | (11) | $ $300.00 |

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid.
See 11 U.S.C. § 1322(b)(5) and Bankruptcy Rule 3002.1.

If the court has previously approved an amount, indicate that approval in parentheses after the date the amount was incurred.

| Debtor 1 | Russell M Nesbit | | Case number (*if known*) | 19-31715 |
|---|---|---|---|---|
| | First Name  Middle Name  Last Name | | | |

## Part 2: Sign Here

The person completing this Notice must sign it.  Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this Supplement applies.

*Check the appropriate box.*

☐ I am the creditor.
☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this Notice is true and correct to the best of my knowledge, information, and reasonable belief.**

| | X | /s/Toni  Townsend | | Date | 9/27/2021 5:25:22 PM |
|---|---|---|---|---|---|
| | | Signature | | | |
| Print: | | Toni | Townsend | Title | Authorized Agent |
| | | First Name   Middle Name | Last Name | | |
| Company | | McCalla Raymer Leibert Pierce, LLC | | | |
| Address | | 1544 Old Alabama Road | | | |
| | | Number   Street | | | |
| | | Roswell      GA | 30076 | | |
| | | City           State | ZIP Code | | |
| Contact phone | | (312) 346-9088 X5174 | Email | Toni.Townsend@mccalla.com | |

## UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **In re:** ) | |
| ) | **Case No.** 19-31715 |
| Russell M Nesbit ) | **Chapter** 13 |
| ) | |
| ) | **JUDGE:** Carol A. Doyle |

### **EXHIBIT B**

### ITEMIZATION OF CLAIM

| | | | |
|---|---|---|---|
| Property Inspection Fees | | | $20.00 |
| 06/09/2021 | Property Inspection | $20.00 | |
| Property Inspection Fees | | | $20.00 |
| 07/08/2021 | Property Inspection | $20.00 | |
| Property Inspection Fees | | | $20.00 |
| 08/05/2021 | Property Inspection | $20.00 | |
| Property Inspection Fees | | | $20.00 |
| 09/09/2021 | Property Inspection | $20.00 | |
| Other | | | $300.00 |
| 08/23/2021 | Renewal Registration with the Municipality of Harvey, IL | $300.00 | |

- **TOTAL POSTPETITION FEES, EXPENSES, AND CHARGES**:                              **$380.00**

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid. See 11 U.S.C. § 1322 (b)(5) and Bankruptcy Rule 3002.1

|  |  |
|---|---|
| In Re: | Bankruptcy Case No.: 19-31715 |
|  | Chapter: 13 |
| Russell M Nesbit | Judge: Carol A. Doyle |

## CERTIFICATE OF SERVICE

I, Toni Townsend, of McCalla Raymer Leibert Pierce, LLC, 1544 Old Alabama Road, Roswell, GA 30076, certify:

That I am, and at all times hereinafter mentioned, was more than 18 years of age;

That on the date below, I caused to be served a copy of the within NOTICE OF POSTPETITION MORTGAGE FEES, EXPENSES, AND CHARGES filed in this bankruptcy matter on the following parties at the addresses shown, by regular United States Mail, with proper postage affixed, unless another manner of service is expressly indicated:

Russell M Nesbit
14736 Cooper Ave.
Harvey, IL 60426

David H Cutler                                      *(served via ECF Notification)*
Russell M Nesbit
14736 Cooper Ave.
Harvey, IL 60426

M.O. Marshall, Trustee                              *(served via ECF Notification)*

55 E. Monroe Street, Suite 3850
Chicago, IL 60603

Patrick S Layng                                    *(served via ECF Notification)*
Office of the U.S. Trustee, Region 11
219 S Dearborn St
Room 873
Chicago, IL 60604

    I CERTIFY UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Executed on:    9/28/2021    By:    */s/Toni Townsend*
              (date)           Toni Townsend
                                       Authorized Agent for Towne Mortgage Company